

## Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Judge Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

January 4, 2024

Re:   *1:23-cv-09459-SHS Tarr v. Kenneth Jay Lane, Inc.*

Status Letter and Request for Adjournment of Conference

Dear Judge Stein,

 Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for January 11th, 2024 at 11:00 AM. Counsel will be out of the country, in Asia, and unable to attend the conference on that date. Furthermore, Defendant has yet to make contact with our office. Plaintiff requests a 45-day adjournment and proposes to reschedule the conference for February 26th, 2024, or a date convenient to the Court. If Defendant does not appear, we will file a motion for Default Judgment before that date. This is the first-time relief is being requested.

 We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
*Attorney for Plaintiff*

The conference is adjourned to February 29, 2024, at 2:30 p.m.

Dated: New York, New York
   January 5, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.