

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

February 27, 2024

# MEMO ENDORSED

Re:   *Case 1:23-cv-09459-SHS Tarr v. Kenneth Jay Lane, Inc.*
      Request to Adjourn Conference and File Amended Complaint

Dear Judge Stein:

Plaintiff submits this letter-motion seeking (1) an adjournment of the initial pretrial conference currently scheduled for February 29, 2024, and (2) for leave to file an amended complaint.

A representative of the named Defendant has reached out to our office and advised that the wrong entity was named in the action. After an investigation, we have come to the conclusion that the Complaint indeed does need to be amended to replace the named party with another entity that owns and operates the website.

As such, Plaintiff now requests, for the second time, for the initial pretrial conference to be adjourned to a date sixty days from the date of this letter, and for leave to amend the complaint pursuant to FRCP Rule 15(a)(2). Plaintiff maintains that good cause exists for the Court to grant leave to amend the complaint, as the named Defendant bears a name almost identical to that of the website, and that Party now needs to be replaced. As Defendant has not answered or appeared herein, prejudice to the Defendant is non-existent. Plaintiff is requesting a sixty-day adjournment of the conference due to the need to effectuate service after the complaint is amended. Plaintiff requests one week to amend the complaint, up to and until March 5, 2024.

We thank Your Honor for the attention and consideration herein.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorneys for Plaintiff



**Mars Khaimov Law, PLLC**

23-cv-09459-SHS Tarr v. Kenneth Jay Lane, Inc.

Plaintiff shall file her amended complaint on or before March 5, 2024. The initial pretrial conference is adjourned to April 25, 2024, at 11:00 a.m.

Dated: New York, New York
February 28, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.