

**Mars Khaimov Law, PLLC**

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Judge Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

April 24, 2024

Re:   1:23-cv-09459-SHS Tarr v. Kenneth Jay Lane, Inc. (Rouge Jardin Jewelry, LLC)

Status Letter and Request for Adjournment of Conference

Dear Judge Stein,

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for April 25th, 2024 at 11:00 AM. Counsel had to amend the original complaint to name Rouge Jardin Jewelry, LLC as the proper Defendant. Defendant was only served on March 18th. Plaintiff requests a 30-day adjournment and proposes to reschedule the conference for May 27th, 2024, or a date convenient to the Court.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

/s/ Mars Khaimov
Mars Khaimov, Esq.
*Attorney for Plaintiff*

The conference is adjourned to May 31 at 9:00 a.m.

Dated: New York, New York
April 24, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.