

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

June 17, 2024

**VIA ECF**
Honorable Judge Sidney H. Stein
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

# MEMO ENDORSED

Re:   Case 1:23-cv-09459-SHS, Tarr v. Kenneth Jay Lane, Inc., et. al.

<u>Plaintiff's Fifth Letter Motion to Adjourn Conference and Related Submissions</u>

Dear Judge Stein:

Plaintiff respectfully submits this letter motion to adjourn the initial conference that is scheduled to take place on June 21, 2024 at 9:00 a.m. in Courtroom 23A before Judge Sidney H. Stein as per the directives set forth in the May 30, 2024 order, and to adjourn the related submission deadlines, if any, sine die.

Defendant, Rouge Jardin Jewely, LLC is in default and the parties are not in communication, and thus, Plaintiff will be seeking a default judgment shortly. A Certificate of Default has already been obtained. This is the Plaintiff's fifth request to adjourn the initial conference and related submission deadline.

We thank Your Honor for the attention and consideration herein.

Respectfully submitted,

<u>/s/ Mars Khaimov</u>
Attorneys for Plaintiff

Cc: all Counsel of record on ECF

**The plaintiff's motion for a default judgment shall be filed, on notice to defendants, on or before June 28, 2024. The June 21 conference is cancelled.**

**Dated: New York, New York
    June 18, 2024**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.