UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ELLEN ELIZABETH TARR, on behalf of herself           23-cv-9459 (SHS)
and all others similarly situated,

                         Plaintiff,           ORDER

ROUGE JARDIN JEWELRY, LLC,

                         Defendant.

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        Plaintiff having filed a notice of settlement [Doc No. 32],

        IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by then.

Dated: New York, New York
       June 24, 2024

                                              SO ORDERED:

                                              _____
                                              Sidney H. Stein, U.S.D.J.